United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURENT GRANIER,<br><br>   Plaintiff,<br><br> v.<br><br>JACK LADD, et al.,<br><br>   Defendants. | Case No. 5:14-cv-05372-EJD<br><br>**ORDER DISMISSING CASE** |

On October 13, 2015, the court ordered Plaintiff Laurent Granier ("Plaintiff") to file an amended complaint by October 30, 2015, after a previous amended complaint was stricken as non-compliant. See Docket Item No. 101. The court advised Plaintiff that this action would be dismissed if he did not file an amended complaint by the deadline. As of the date and time this order was filed, Plaintiff has not complied as directed.

Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: November 10, 2015

            EDWARD J. DAVILA
            United States District Judge